UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA,  CASE NO.: 1:22-cv-21984-KMW

    Plaintiff,

vs.

YNAP CORPORATION,
d/b/a FERRARI S.P.A/SCUDERIA
FERRARI ONLINE STORE,
A foreign for-profit corporation

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, YNAP CORPORATION DBA FERRARI S.P.A/SCUDERIA FERRARI ONLINE STORE, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

                                            **Respectfully Submitted,**

                                            **MENDEZ LAW OFFICES, PLLC**
                                            Attorney for Plaintiff
                                            P.O. BOX 228630
                                            Miami, Florida 33172
                                            Telephone: 305.264.9090
                                            Facsimile:  305.809.8474
                                            Email:info@mendezlawoffices.com
                                            By: /s/ Diego German Mendez
                                            DIEGO GERMAN MENDEZ, ESQ.
                                            FL BAR NO.: 52748

                                      ###